UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  S1-4:21-CR-00333-SEP-JMB |
| DASHAUN COREION EWING, | ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Angie Danis, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with an offense for which a maximum life term imprisonment is prescribed under Title 21.

2. There is a serious risk that the defendant will flee.

3. The defendant is a threat to the community. Specifically, the defendant is currently confined in the City of St. Louis on charges of Murder in the Second Degree, Robbery in the First Degree, and Armed Criminal Action under cause number 2122-CR01223. The defendant is also currently facing charges for Possession of Child Pornography in the same jurisdiction under cause number 1922-CR03772. At the time of the instant offense, the defendant was on probation for

Assault in the Third Degree, indicating that he is not amenable to supervision and that being under supervision does not deter his criminal conduct.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Angie E. Danis*
ANGIE DANIS, #64805MO
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri 63102
(314) 539-2200